UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL J. HARPER,
Plaintiff,

v.

J. GAMEZ, et al.,
Defendants.

Case No. 26-cv-08864-SVK

**ORDER DIRECTING CLERK TO CLOSE CASE; GRANTING MOTION FOR VOLUNTARY DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

(ECF Nos. 2, 5)

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. He has moved to voluntarily dismiss this case because the complaint herein is a copy of the complaint Plaintiff filed in another case, *see Harper v. Gamez, et al.,* No. 26-9391 SVK, and should not have been filed in a separate case. Defendants have not appeared.

Under Federal Rule of Civil Procedure 41(a)(1), "a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'" *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (citation omitted). No court order is required because a plaintiff's notice of dismissal is effective by itself to terminate the action: "[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal." Fed. R. Civ. P. 41(a)(1)(A); *see also Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987). As this and another case were inadvertently opened based upon two copies of a single complaint, Plaintiff's motion for

//

//

voluntary dismissal of the instant case is GRANTED. No fee is due in the instant case, and Plaintiff's motion for leave to proceed in forma pauperis is therefore DENIED as unnecessary.

The clerk shall close the file and terminates docket numbers 2 and 5.

**SO ORDERED.**

Dated: September 30, 2026

Susan van Keulen
United States Magistrate Judge

United States District Court
Northern District of California